UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HARMONIE HAGERMAN and<br>CARLTON TROTT,<br><br>      Plaintiffs,<br><br>  v.<br><br>W.E. AUBUCHON CO., INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   CV-08-413-B-W<br>)<br>)<br>)<br>) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 13, 2009 her Recommended Decision. The Defendant filed its objections to the Recommended Decision on May 26, 2009 and the Plaintiffs filed their response to those objections on June 5, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 20) is hereby AFFIRMED.

2. It is further ORDERED that Defendant's Partial Motion to Dismiss (Docket # 4) be and hereby is GRANTED IN PART: Count I of the First Amended Complaint (Docket # 27) is DISMISSED; Plaintiff Carlton Trott's claim under Count V is DISMISSED; and, that portion of Plaintiff Harmonie Hagerman's claim under Count V that alleges intrusion upon marital seclusion is DISMISSED. In all other respects,

Defendant's Partial Motion to Dismiss is <u>DENIED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of August, 2009